UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

MIRIAM L. SHERIDAN,

    Plaintiff,

v.

ROLFE & LOBELLO, P.A.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, MIRIAM L. SHERIDAN., is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, ROLFE & LOBELLO, P.A., is a professional association and citizen of the State of Florida with its principal place of business at 720 Blackstone Building, Jacksonville, Florida 32202.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on her cellular or residential telephone as indicated, on or about the dates stated: .

> September 17, 2010 at 3:43 PM – Cellular Phone
> This message is for Miriam and Patrick Sheridan. This is Erica with the law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 5 PM Eastern. Thank you.
>
> September 23, 2010 at 7:55 PM – Home Phone
> This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934.

Very important to return my call. I will be in the office until 8 PM Eastern. Thank you.

September 25, 2010 at 11:57 AM – Cellular Phone
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until noon today. Thank you.

September 27, 2010 at 12:21 PM – Cellular Phone
This message is for Miriam and Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. I will be in the office until 5 PM Eastern. Thank you.

September 30, 2010 at 1:05 PM – Cellular Phone
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important that you return my call. I will be in the office until 5 PM Eastern. Thank you.

October 4, 2010 at 4:09 PM – Cellular Phone
This message is for Miriam Sher, Shaudan, uh, Sheridan. I'm sorry. This is Nate calling with the Law Office of Rolfe & Lobello. Please return the phone call to Erica at 888-627-4934. Her extension number is 232. Thank you.

October 6, 2010 at 6:12 PM – Cellular Phone
This message is from, Mer, Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 8 PM Eastern.

October 8, 2010 at 1:26 PM – Cellular Phone
This message is for Miriam and Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 5 PM Eastern. Thank you.

October 12, 2010 at 4:35 PM – Cellular Phone

This message is for Miriam, um, Sheridan. This is Erica with the Law Office of Rolfe & Lobello. It's important to return my call. My direct line is 888-627-4934, 888-627-4934. I will be in the office until 5 PM Eastern.

October 14, 2010 at 6:58 PM – Cellular Phone
This message is for Miriam Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 8 PM Eastern. Thank you.

October 20, 2010 at 7:07 PM – Cellular Phone
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 8 PM Eastern. Thank you.

October 22, 2010 at 2:21 PM – Cellular Phone
This message is for a Miriam, uh, Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 5 PM Eastern.

October 27, 2010 at 7:30 PM – Cellular Phone
Leaving a message for a Miriam Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. I will be in the office until 8 PM Eastern.

November 4, 2010 at 7:52 PM – Cellular Phone
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934.

November 8, 2010 at 2:07 PM – Cellular Phone
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 5 PM Eastern.

November 16, 2010 at 1:34 PM – Cellular Phone
This message is for Miriam and Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 5 PM Eastern.

November 20, 2010 at 8:27 AM – Cellular Phone
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 12 noon today. Thank you.

November 29, 2010 at 4:14 PM – Cellular Phone
This message is for Miriam, uh, Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. I will be in the office until 9 PM Eastern. Thank you.

December 7, 2010 at 4:44 PM – Cellular Phone
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 5 PM Eastern. Thank you.

December 9, 2010 at 4:30 PM – Cellular Phone
This message is for Miriam Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 8 PM Eastern. Thank you.

December 13, 2010 at 3:31 PM – Cellular Phone
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 5 PM Eastern. Thank you.

December 20, 2010 at 11:54 AM – Cellular Phone
This message is for Miriam and Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 5 PM Eastern. Thank you.

January 12, 2011 at 5:21 PM – Cellular Phone
This message is for Miridum, uh, Sheldon. This is uh, Nate calling, uh, with the Law Office of Rolfe & Lobello. Please return the phone call to Erica at 888-627-4934. Her extension number's 232. Thank you.

January 20, 2011 at 6:39 PM – Cellular Phone
This message is for Miridum, Miriam, uh, Sheridan. Uh, this is Nate calling, with the Law Office of Rolfe & Lobello. Please return the phone call to Erica at 866, I'm sorry, 888-627-4934. Her extension number is 232. Thank you.

February 21, 2011 at 1:35 PM – Cellular Phone
This message is for Miriam Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 5 PM Eastern. Thank you.

March 7, 2011 at 2:46 PM – Cellular Phone
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. Direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 5 PM Eastern. Thank you.

March 9, 2011 at 2:06 PM – Cellular Phone
This message is for Miriam Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 8 PM Eastern. Thank you.

March 16, 2011 at 1:13 PM – Cellular Phone
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 8 PM Eastern. Thank you.

March 28, 2011 at 10:51 AM – Cellular Phone
This message is for Miriam and Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Thank you.

April 6, 2011 at 4:42 PM – Cellular Phone
This message is for Miriam and Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 8 PM Eastern. Thank you.

<u>April 13, 2011 at 4:59 PM – Cellular Phone</u>
This message is for Miriam or Patrick Sheridan. This is Erica with the Law Office of Rolfe & Lobello. My direct line is 888-627-4934, 888-627-4934. Very important to return my call. I will be in the office until 8 PM Eastern. Thank you.

<u>April 20, 2011 at 7:12 PM – Cellular Phone</u>
Miriam Sheridan, this is Erica with the Law Office of Rolfe & Lobello. I will be in the office until 8 PM Eastern at 888-627-4934, 888-627-4934.

<u>April 28, 2011 at 11:43 AM – Cellular Phone</u>
This message is for Miriam or Patrick Sheridan. Please return the call to Kimberly with the law firm of Rolfe & Lobello. My number's toll-free 1-866-358-1132. Thank you.

<u>May 6, 2011 at 8:19 AM – Cellular Phone</u>
This message is for Miriam or Patrick Sheridan. Please return the call to Kimberly with the law firm of Rolfe & Lobello. My number's toll-free 1-866-358-1132. Again, that number is 1-866-358-1132. Thank you.

<u>May 20, 2011 at 10:30 AM – Cellular Phone</u>
This message is for Miriam or Patrick Sheridan. Please return the call to Kimberly with the law firm of Rolfe & Lobello. My number is toll-free 1-866-358-1132. Again, that number is 866-358-1132. I'll be in the office this evening until 5 PM and it's important you return my call. Thank you.

<u>May 27, 2011 at 8:10 AM – Cellular Phone</u>
This message is for Miriam or Patrick Sheridan. Please return the call to Kimberly with the law firm of Rolfe & Lobello. My number's toll-free 1-866-358-1132. Again, that number is 866-358-1132. I'll be in the office until 5 this evening and it's important to return the call. Thank you.

11.   Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

7

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's message.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

8

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    donyarbrough@mindspring.com

    By: s/ Donald A. Yarbrough

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658