UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-62609-Civ-Dimitrouleas/Snow

MIRIAM L. SHERIDAN,

    Plaintiff,

v.

ROLFE & LOBELLO, P.A.

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Amanda C. Rolfe, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Rolfe & Lobello, P.A. |
| Fort Lauderdale, Florida  33339 | 720 Blackstone Bluiding |
| Telephone: 954-537-2000 | 233 E Bay Street |
| Facsimile: 954-566-2235 | Jacksonville, FL 32202 |
| | Telephone: 904-358-1666 |
| | Facsimile: 904-356-0516 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Amanda C. Rolfe |
| Donald A. Yarbrough, Esq. | Amanda C. Rolfe, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-62609-Civ-Dimitrouleas/Snow

MIRIAM L. SHERIDAN,

    Plaintiff,

v.

ROLFE & LOBELLO, P.A.

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>March 26, 2012,</u>I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      <u>s/Donald A. Yarbrough</u>
                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Amanda C. Rolfe, Esq.
Rolfe & Lobello, P.A.
720 Blackstone Bluiding
233 E Bay Street
Jacksonville, FL 32202
Telephone: 904-358-1666
Facsimile: 904-356-0516

<u>Via Notices of Electronic Filing generated by CM/ECF</u>