UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.11-62609-CIV-DIMITROULEAS/SNOW

MIRIAM L. SHERIDAN,

    Plaintiff,

vs.

ROLFE & LOBELLO, P.A.

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 7], filed on March 26, 2012. The Court has carefully considered the Stipulation, notes the signatures of the parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE 7] is **APPROVED**;

2. This action is **DISMISSED with prejudice**;

3. Each party shall bear its own costs and fees except as otherwise agreed by the parties;

4. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 26th day of March, 2012.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record